**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ANTWAINE ENTA YARBROUGH,** | ) | |
| ID #55873-177, | ) | |
| Movant, | ) | |
| | ) | No. 3:20-CV-3376-D |
| vs. | ) | No. 3:17-CR-198-D(1) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING**
**REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)   The request for leave to proceed *in forma pauperis* on appeal (doc. 20) is **DENIED** because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court incorporates by reference the findings, conclusions, and recommendation, and the memorandum opinion and order filed in this case on April 19, 2023, and September 15, 2023, respectively (docs. 12, 18). Based on these filings, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**)   Although this Court has denied leave to proceed *in forma pauperis* on appeal, the movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**DATE:** December 19, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE